United States District Court
Southern District of Texas
**ENTERED**
February 04, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KINDER MORGAN, INC., and subsidiaries, | Case No. 4:19-cv-03233 |
| Plaintiff, | (Judge George C. Hanks, Jr.) |
| v. | |
| UNITED STATES OF AMERICA; OFFICE OF MANAGEMENT AND BUDGET; MICK MULVANEY, Director, Office of Management and Budget, in his official capacity; INTERNAL REVENUE SERVICE; and CHARLES P. RETTIG, Commissioner, Internal Revenue Service, in his official capacity, | |
| Defendants. | |

## ORDER

Upon consideration of Defendants' Unopposed Motion to Stay Deadline to File a Joint Discovery/Case Management Plan and to Cancel the Initial Pretrial and Scheduling Conference, ECF No. 27, and the entire record herein and for good cause shown, Defendants' motion is **GRANTED**. It is hereby:

**ORDERED** that the initial pretrial and scheduling conference scheduled for March 12, 2020, at 9:30 a.m., is canceled; and it is further

**ORDERED** that the deadline for the parties to file a joint discovery/case management plan is hereby **STAYED**.

**SO ORDERED** this 4th day of February, 2020.

_____
HON. GEORGE C. HANKS, JR.
United States District Judge